IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | DATE FILED: _____ |
| **JEFFERY COPEMAN** | : | VIOLATION:<br>18 U.S.C. § 2252(a)(4)(B) (possession of |
| | : | child pornography - 1 count)<br>Notice of Forfeiture |

### INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about January 28, 2010, in the Eastern District of Pennsylvania, defendant

**JEFFERY COPEMAN,**

knowingly possessed one or more matters, that is one or more DVDs, CDs, and computer hard drives, which contained one or more visual depictions of minors engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), the production of which involved the use of minors engaging in sexually explicit conduct, and which visual depictions had been shipped and transported in interstate or foreign commerce, and produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B).

## NOTICE OF FORFEITURE

1.	As a result of the violation of Title 18, United States Code, Section 2252(a)(4)(B), set forth above, defendant

**JEFFERY COPEMAN**

shall forfeit to the United States of America the following:

a.	Any visual depiction described in 18 U.S.C. §§ 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of 18 U.S.C. §§ 2252;

b.	Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such an offense; and

c.	Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

- one Compaq Presario 5000, 2H16JLTAL2J5 , containing images of child pornography;

- one Gateway Performance computer, serial number 0017100380, containing images of child pornography;

- e machine, Model T2682, serial number QIV3910303903, containing images of child pornography;

- WD External Model Number WD50001032001, serial number WCAPW2775997, containing images of child pornography

- WD External Model Number WD7500C032002, serial number

- WCAPT0282899, containing images of child pornography
- HP Pavillion Model Number A265C, serial number MXM3360652, containing images of child pornography
- Buslink, ULL-300, Serial number 0946, containing images of child pornography;
- Buslink ULL-300, Serial number 0764, containing images of child pornography;
- Buslink ULL-300, Serial number 0766, containing images of child pornography;
- Toshiba Laptop Satellite, Serial number 38299785K, containing images of child pornography;
- San Disc cruzer, 8GB, containing images of child pornography;
- Antec Microapex, serial number 10582, containing images of child pornography;

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253.

_____
**ZANE DAVID MEMEGER**
**United States Attorney**